**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8070**

DON NELL HAWKINS,

       Petitioner – Appellant,

   v.

KUMA J. DEBOO,

       Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:11-cv-00170-IMK-JSK)

Submitted: February 21, 2013    Decided: February 26, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Don Nell Hawkins, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Nell Hawkins, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge to deny relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition and denying his motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hawkins v. DeBoo, No. 1:11-cv-00170-IMK-JSK (N.D.W. Va. July 18 & Nov. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED